UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                CHAPTER 13
SCOTT A. SASMAN
KARIN P. SASMAN                                       CASE NO. 16-80774

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Hoyne Savings Bank                **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 2626

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $14,811.21 (Per amended claim filed 8/8/16) |
| Amount Paid by Trustee | $14,811.21 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/26/18                    /s/Lydia S. Meyer
                                   Lydia S. Meyer, Trustee
                                   308 W. State St., Suite 212
                                   Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of July, 2018

Dated:  7/26/18                    /s/Cynthia K. Burnard

HOYNE SAVINGS BANK
4786 N. MILWAUKEE AVENUE
CHICAGO, IL 60630

HOYNE SAVINGS BANK
ATTN:  MORTGAGE DEPARTMENT
4786 N. MILWAUKEE AVENUE
CHICAGO, IL 60630-3693

RUFF, FREUD, BREEMS & NELSON, LTD.
200 N. LSALLE STREET  SUITE 2020
CHICAGO, IL 60601

SCOTT A. SASMAN
KARIN P. SASMAN
1417 N. MADISON ST.
WOODSTOCK, IL  60098

ATTORNEY KATERINA TSOUKALAS-HEITKEMPER
BRUNNING & ASSOCIATES PC
333 COMMERCE DR., SUITE 900
CRYSTAL LAKE, IL  60014